UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **AKHTEYAR MOHAMMAD**<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>Petitioner<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department<br>of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-<br>GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>*[signature]*<br><br>Civil Action No.<br><br>CASE NUMBER: 1:05CV0996<br><br>JUDGE: JAMES ROBERTSON<br><br>DECK TYPE: HABEAS CORPUS/2255<br><br>DATE STAMP: 05/18/05 |

**PETITION FOR WRIT OF HABEAS CORPUS**

28 March 2005

PETITIONER: AKHTEYAR MOHAMMAD
ID CARD NAME: AKHTIAR MOHAMMAD

From the City of Sayedkaram, Province of Paktia, Afghanistan.

I have no affiliation with Al Qaida and Taliban and I had started war with them, five years prior to the American's attack on them and we still don't like each other. Taliban raided my house and robbed everything including three vehicles and one tractor. People from our city are fully aware of it, also Radio Gardaiz and Pakistan newspaper in Pashtu language denounce their action against our family. Taliban arrested my brother, Nazar Mohammad, and my cousin Mehraban. I feared for my life and escaped to Pangshir and then to Pakistan until they were in power. When Taliban was defeated by Americans, I was freed and returned back to Afghanistan to work for the Karzai government. Regretfully our home city was under Taliban's control. Maulavi Jalalludine Haqami did not recognize Karzai's government, and with the help of other Taliban leaders as Mula Jillani and Haji Akhtar Mohammad, and other warriors attacked Khust, Gardaiz and Machalghn. However, Mula Jillani and his warriors arrested and detained me for one month, until the tribal leaders interfered. The tribal leaders as Nadir Shah, Mohammad Zaher and Fa Qir signed the paper as my trusties that I shall not work for Karzai government for the next nine months and if I violate the contract I will be sentenced to death and the trusties will be subjected to pay two million Pakistani Rupees as violation fine. The terms of this agreement has been kept by Nadir Shah and I kept one copy in my house. My family and I became refugee to Pakistan and my family is still there. After eight month I returned back to Afghanistan, our home town (Sayed Karaim) was under control of Mula Jillani. I lived in Gardaiz and tried to work for the government. I had a promising meeting with the Governor of Paktia named Raz Mohammad Dalili and then a meeting with the Chief of Police, I asked for my job and they said yes. Then I had a meeting with the military general and I had a chance to meet all high level government employees. I decided to go to Kabul, meet with Mr. Karzai and his cabinet, and obtain a reasonable job. Regretfully, some friends of Talibans passed a wrong report against me to the coalition forces and as a result I was arrested at my own residence and then transferred here. Mula Jillani and Akhtar Mohammad retaliated and harassed my family in Pakistan. I have documents to corroborate my statement. I received the documents by Red Cross. My family stated that Mula Jillani and Akhtar Mohammad created problems later on for Karzai government and for coalition forces near our hometown.

I am wondering that, since Americans and our government knew their real enemy why I am here. I have been faced with physical and financial losses. I had a photo ID card from Islamic Alliance and the tribunal used it against me and it is currently at the hand of the military, If you see that you will agree with me and you will understand that I'm telling the truth, also the rest of the accusations are groundless. If I have a chance I will fully explain and prove my innocence, but no one has granted me a chance so far. Americans cannot tell the friend from the enemy. I am innocent. My children are living as refugees, no school and no food for them, I am not aware of what they are doing and

Page 1 of 2

ISN 1036

they are not aware about me. I believe that there is not a worse atrocity than this to us. I have been more punished than I was in Taliban prison. I am innocent and unlawfully detained and it is unjustified. I don't accept the tribunal decision. I need justice. Please consider my case and I want freedom.

Note: This is not an official translation.

PETITIONER: (DETAINEE'S NAME)

زه اختیار مه د افغانستان د تپه د پښتیا ولایت د سید کرم د ولسوالۍ
سرابوط خپل عرض در اسې ملی محلی ته وړاندې کوم ؟
زه د طالبانو او القاعدې د تروریستي ګروپونو سره هیڅ اړیکي نلرم
ځکه چې امریکا دهشت ګرد القاعدې او طالبانو پر ضد قدم ورته کېښی
ماله اسریا پنځه کاله تر مخه د وښمنۍ د رسه شروع کړې وه تر مو دیارلسو پورې
چې د کور یا په جیل کنۍ تیم نه ماخلا له دوی څخه پیل او یو بل ته د دښمن په سترګه کوو
طالبان چې په افغانستان کښې وو هم د ماکودنۍ جوړې کړې یو عراده تویوتا واسن
موتر یو عراده ZIL په اس سوزو لاری یو عراده جیپ موتر یو عراده تراکتورۍ
ماشی بوللل او د کور کول سامان کې ماخلا کې یو وه د چه د سید کرم د ولسوالۍ لپل
خلګو نرې خیږدې او هم د کاردین او د اعلان کول د پاکستان وحدت پښتو
خبری اخبار هم نشر کول نما د ودیه د نظر محمد لومړۍ او د آغا ندی ی چه
مهمان لو میږنۍ نه داره طالبانو د سقلیې کښل د کیلو په د هلوي د مرګ
تی سرحده پورې و رسول نه په تښتیې و کامیاب ترخوۍ خان پنځپېښې ته ورسناوه
او د طالبانو د وکمنی دوره ی کوله په پنځپېښې او پاکستان کښې تیراه کړه
کله چې د اسریکا قواوی افغانستان ته راغلی طالبانو او القاعدې ماتې وخوړه
په موجب کښې هم د آبادی مړه و چلیدله او افغانستان ته مې علم ترخو د تږدې
صاحب ترمشرۍ لاندی د خپل خدمت و کړم متأسفانه چې د سید کرم په و طلو ولسوالی
باندې را طالبان واکمن وه چې د مولوی جلال الدین حقانی قوماندان دی
مشرۍ ملا جیلانی او حاجی اختیار محمد کوله او د جلال الدین حقانی په هدایت کي
د کرنی دغه حلومت د ملوکو څخه اکاره وکي او جلنونه بې پیل کړل چه دوه لوی جنګونه ی
په کرنی د کرل او بل ي په خوست وکي و جلونه کې په چلوو ولی

Signed: [signature]   Date: 03/28/05

05 0996
ATCH 1
FILED
MAY 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
PAGE 1 OF 3
ISN 1036

PETITIONER: (DETAINEE'S NAME)

بادی مونہ کنی نہ ملا جیلانی او کرہ یوسونی په اسارت و نیولم تر لوی مشی بند او
او سہ اخر ودستہ دقوم شرلو په ضمانت اخلاق کرم او لہ ماخحلای درې کسان
دقوم مشران چه لو پادرہ شاہ ٬ محمد ظاہر٬ او فقیر ضامنان واخیستل چه تر (و)
نومیا پشتو پورسای په دکہ زعا په حکومت کنی کار ککوی که ئی دلی تو دوہ میلونہ
پاکستانی روپی په جرمانہ ورکوی او په سرک به هم معلوم دی دافیصلہ په ماغہ
لکل شوی چه لہ پادر شاہ سہ موجودہ دہ او فوتو کاپی لہ ماسرہ په کورکنی دہ
نہ بس پاکستان تہ وراہم او هم تر او سہ هلتہ مهاجر یم د لومیا پشتو به
یونه کیپ دستہ بیا افغانستان تہ عاغلم چه زموں د سید سلم ولسوالی ازد ملا جیلانی
په اس کنی روما په کر د نی کنی حکومتہ غورہ که څنگہ له دولتی شامل وسه په ماس کنی
شوم چه په دولت کنی کار ولکرم دیتیا د والی را از محمد دلیلی سرہ می ولیدل
هغہ شپتہ وعدہ کرلہ بیامی د پولیسولہ کومانداند سرہ ولیدل دماموریت غوشتنہ
می وکرہ هغہ هم کلکہ وعدہ کرلہ بیامی د فرقی لہ کومانداند ان سرہ وکل هغہ هم
ثبت خواب راکلی پہ پہ دلی کہ دی لہ حکومتی اعلولو مقاماتو سرہ ملاقات تہ دکرل
غوښتل می کابل تہ لار شم ترڅو د کرزی صاحب او مسبوط و زیر الولی ورخیل ماموریت اسی
ترامہ کرم ؟ افسوس چه دکی جی بی غرد او د طالبانو دوستانو د اختلاف قوارو تہ
غلط او نا درست راپورونہ ورکرل او وهمہ شیبہ ئی نہ په خپلو کولو کہ
کنی دیولم چه اخری کوبا تہ ئو ورسولم د ملا جیلانی د ملا محمد او اختر محمد لہ اسہ نما کورنی
په پاکستان او افغانستان کنی تر تھد یم انکی چه دغہ ئوت او سہ لہ ماسہ د لتہ موجود
دہ چه د سرہ صلیب به واسطہ مرا تہ رسیدلی چه په خط لنی شوی لکل شوی د سید سلم پیمسلمان
د دولت او د ائتلاف دعوت لغوا لہ مکې ارکہ د ملا جیلانی اخترمحمد او دلہ می
طالبان نہ د امریکا او کرزی د حکومت خلاف ئی سنگر نہ دہ نیولی نو د ائتلاف قوارو ولیڅہ

GUAN-2005-T 01___
1981

PETITIONER: (DETAINEE'S NAME) _____

_____

بس هغوی چه د حکومت او امریکا دو دښمنان چه دخپل خپل په سر او مو د رسول نوړ
مو ولی بندی کړی یم. یوکل خوصوی ستاسو په نوم بندی کړی دم چه تو له دنیا بری
ضیع ده چه سره د بند خانی مو څرمه مالی تاوانونه را کا و د رسول؟
نما سنه یو ه ثبت موجوده چه نما علی پری کیدی لی چه او س ستا سو په اړ اس کښی ده
اون اتحاد اسلامی د تنظیم د نظامی څلی په نام کولی چه د حزب اسلامی کا ر وت ده
د ا کا ر ت د څلی حضور ته را و با سی چه خوک د روغ د ا کښلول څلم د و ګو د ی
او د اسی لور کوم الهامو نه چه نظامی څلی په ما کولی څول بی سری د روغ ا د بی اساسه
د ی! د لی د حقایقو په خلاف فیصله کیږی؟ که مانګه وخت او موقع نا کړل شی
نه په دخپل مظلومیت اد بی ګناه په پر نبوتو که تا سو که و نسیم د تا سو خای د ه
چه د او موقع څرک نه مرا کوی امریکا خپل دوست او د و د ښمن په یوه لنده ولی
نما په د ښان بی ګنا ه انسانان مو په بند کښی اچولی چه د ا یه چیان ی دعوت په د یا ر کښی
شی چا کوی د تعلیم نه محروم شول د لوی د لوی بدوی په او س مانا د ی د و ی نا مالا حاله
بند ی خپن نه د و د ی د ا حاله نه یم چپ، د دنیا په مخ په لد ی څه بل کوم لوی ظلم چه نما او
نما اهل سړه کیږی لطالبانو څخه مو سلها و څنډه نما ید مالی تاوانو نا کا و د رسول
لنډه دا چه زه نا په غپنا غا لو نی نو که نیول شوی یم، او غپنا غا لو نی مسا یل کیږی هم
محکمه نه بی کنا ه بندی یم د الوم انصاف د دم کومه فیصله چه نظامی څلی نا ما په باب
کړی ما نګه د ملو ور ته ده؟ تا سو نا ما فیصله د حقیقت له مخی و ګړی
او نا ما یه علیقه او د و سیه غور وکړی د خپول بند د خلاص شم
او نا ما ګو رنی څګان او مشکیل حل شی

_____

_____

Signed: _____    Date: _____

ATCH 1

PAGE 3 OF 3

ISN 1036