IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AKHTEYAR MOHAMMAD,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 05-996 (PLF) |
| | : | |
| **GEORGE BUSH,** *et al.,* | : | |
| | : | |
| Respondents. | : | |

**PETITIONER'S MOTION FOR SUBSTITUTION OF COUNSEL AND FOR
WITHDRAWAL OF PREVIOUSLY APPOINTED COUNSEL
AND RESPONSE TO ORDER TO SHOW CAUSE**

For the reasons explained below, previously appointed counsel for the petitioner in this matter moves that Richard A. Grigg, Spivey & Grigg, L.L.P., and Barbara Olshanky, Center for Constitutional Rights be substituted as counsel for the petitioner and that order appointing the Federal Community Defender for the Eastern District of Pennsylvania be rescinded. Previously appointed counsel does not object to the consolidation of Civil Action No. 05-1635 under this caption.

**BACKGROUND**

The petition in this matter was docketed as a *pro se* petition for Writ of Habeas Corpus on May 18, 2005. On August 15, 2005, Richard A. Grigg, Spivey & Grigg, L.L.P., unaware of this *pro se* petition, filed a separate petition for Writ of Habeas Corpus on behalf of this same petitioner under an alternative version of his name, Mohammad Akhtiar, in Civil Action No. 05-1635. The respondents who were identical in each petition on September 22, 2005, filed Notice of Multiple Petitions Filed by Guantanamo Bay Detainee. On October 11, 2005, this Court ordered the petitioner to show cause on or before November 1, 2005, why the two cases should

not be consolidated. Three days after this Order was filed a coordinated Order appointing various Federal Defender Offices to represent specific Guantanamo Bay detainees who had pending *pro se* petitions was filed in this matter. The Federal Community Defender for the Eastern District of Pennsylvania was assigned to represent the petitioner in this matter.

## ARGUMENT

The interests of judicial economy and of the petitioner would best be served by permitting the consolidation of the two civil actions and proceeding with Richard A. Grigg, Spivey & Grigg, L.L.P., and Barbara Olshansky, Center for Constitutional Rights as counsel for petitioner. It is conceded that there is no reason why two separate actions alleging the same wrongs should be permitted to proceed simultaneously. Mr. Grigg and the undersigned counsel have consulted with each other and have agreed to concede the dismissal of the later filed petition. It is also agreed among petitioner's current counsel that in accordance with judicial economy and the interests of the petitioner Mr. Grigg should proceed as petitioner's counsel and that there should be no reason for the Federal Community Defender for the Eastern District of Pennsylvania to enter an appearance in this matter. Mr. Grigg has prepared and filed the counseled petition in Civil Action 05-1635 in August, 2005. At the same time, on behalf of the petitioner, Mr. Grigg filed a Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30-days Advance Notice of Any Intended Removal of Petitioner from Guantanamo. Mr. Grigg later on September 12, 2005, filed an Opposition to the respondents' Motion to Stay Proceedings and motion for dismissal for lack of proper "next friend." Finally, Mr. Grigg has previously been provided with documents related to the Review of the Combatant Status Review Tribunal for this petitioner. Mr. Grigg has therefore acted and appeared as petitioner's counsel, in a *pro bono*

capacity, long before the Federal Community Defender for the Eastern District of Pennsylvania was appointed. It is suggested that to proceed with the latter counsel in this matter would require a duplication of efforts and would result in a waste of economic resources.

## CONCLUSION

For the foregoing reasons the Court should rescind the Order entered on October 14, 2005, appointing the Federal Community Defender for the Eastern District of Pennsylvania to represent the petitioner in this matter and enter the appearance of Richard A. Grigg, Spivey & Grigg, L.L.P., and Barbara Olshansky, Center for Constitutional Rights, for the petitioner in the above-captioned case. The Court should also docket in this case the Petition for Writ of Habeas Corpus and all subsequent pleadings previously docketed in Civil Action No. 05-1635.

Respectfully submitted,

/s/Billy H. Nolas
Billy H. Nolas (DC 399275; PA 83177)
Assistant Federal Defender
Maureen Rowley (PA 33020)
Chief Federal Defender
David McColgin (PA 42963)
Supervising Appellate Assistant Federal Defender
Cristi Charpentier (PA 62055)
Shawn Nolan (PA 56535)
Mark Wilson (PA 26887)
Assistant Federal Defenders
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520; (215) 928-1100

Dated: November 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petitioner's Motion for Substitution of Counsel and for Withdrawal of Previously Appointed Counsel and Response to Order to Show Cause to be served on the following persons:

<u>VIA FIRST-CLASS MAIL</u>

Terry Marcus Henry
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

Barbara J. Olshansky
Center of Constitutional Rights
666 Broadway
7th Floor
New York, NY 10012

Richard A. Grigg
Spivey & Grigg
48 East Avenue
Austin, TX 78701

/s/Billy H. Nolas
Billy H. Nolas

Dated: November 4, 2005