IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AKHTEYAR MOHAMMAD,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 05-996 (PLF) |
| : | |
| **GEORGE BUSH,** *et al.,* : | |
| : | |
| Respondents. : | |

## O R D E R

AND NOW, this           day of                    , 2005 upon consideration of Petitioner's Motion for Substitution of Counsel and For Withdrawal of Previously Appointed Counsel and Response to Order to Show Cause, it is hereby **ORDERED** that the Court shall rescind the Order entered on October 14, 2005, appointing the Federal Community Defender for the Eastern District of Pennsylvania to represent the petitioner in this matter and that Richard A. Grigg, Spivey & Grigg, L.L.P., and Barbara Olshansky, Center for Constitutional Rights be substituted as counsel for the petitioner in the above-captioned case. The Court should also docket in this case the Petition for Writ of Habeas Corpus and all subsequent pleadings previously docketed in Civil Action No. 05-1635.

BY THE COURT:

_____
PAUL L. FRIEDMAN, JUDGE
United States District Court