UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | )<br>)<br>)  Misc. No. 08-444 (TFH)<br>)<br>)  Civil Action Nos.<br>)<br>)  02-CV-0299, 02-CV-1130, 04-CV-1135,<br>)  04-CV-1137, 04-CV-1144, 04-CV-1227,<br>)  04-CV-1897, 05-CV-0022, 05-CV-0301,<br>)  05-CV-0313, 05-CV-0345, 05-CV-0454,<br>)  05-CV-0490, 05-CV-0497, 05-CV-0551,<br>)  05-CV-0584, 05-CV-0586, 05-CV-0621,<br>)  05-CV-0640, 05-CV-0660, 05-CV-0665,<br>)  05-CV-0714, 05-CV-0723, 05-CV-0878,<br>)  05-CV-0879, 05-CV-0880, 05-CV-0882,<br>)  05-CV-0884, 05-CV-0885, 05-CV-0887,<br>)  05-CV-0888, 05-CV-0890, 05-CV-0891,<br>)  05-CV-0996, 05-CV-0997, 05-CV-1000,<br>)  05-CV-1001, 05-CV-1002, 05-CV-1008,<br>)  05-CV-1009, 05-CV-1011, 05-CV-1012,<br>)  05-CV-1013, 05-CV-1235, 05-CV-1237,<br>)  05-CV-1238, 05-CV-1241, 05-CV-1242,<br>)  05-CV-1243, 05-CV-1246, 05-CV-1311,<br>)  05-CV-1453, 05-CV-1489, 05-CV-1491,<br>)  05-CV-1492, 05-CV-1493, 05-CV-1635,<br>)  05-CV-1641, 05-CV-1666, 05-CV-1667,<br>)  05-CV-1668, 05-CV-1669, 05-CV-1697,<br>)  05-CV-1714, 05-CV-1724, 05-CV-1779,<br>)  05-CV-1806, 05-CV-1857, 05-CV-1864,<br>)  05-CV-1886, 05-CV-1894, 05-CV-2029,<br>)  05-CV-2053, 05-CV-2087, 05-CV-2197,<br>)  05-CV-2201, 05-CV-2216, 05-CV-2248,<br>)  05-CV-2265, 05-CV-2336, 05-CV-2369,<br>)  05-CV-2376, 05-CV-2452, 05-CV-2458,<br>)  05-CV-2466, 05-CV-2467, 06-CV-1675,<br>)  06-CV-1677, 06-CV-1678, 06-CV-1679,<br>)  06-CV-1681, 06-CV-1683, 06-CV-1685,<br>)  06-CV-1686, 06-CV-1687, 06-CV-1689,<br>)  06-CV-1752, 06-CV-1753, 06-CV-1754,<br>)  06-CV-1760, 06-CV-1763, 06-CV-1768,<br>)  06-CV-1769 |

## STATUS REPORT IN RESPONSE TO COURT'S JULY 3, 2008 ORDER

Pursuant to the Court's July 3, 2008 Order, respondents hereby submit the following status report with respect to the above-captioned Guantanamo Bay habeas corpus cases:

1. With the exception of *John Does 1-570 v. Bush*, Civil Action No. 05-313 (CKK), the petitioners in the above-captioned cases are no longer detained at Guantanamo Bay.[1]  The United States has relinquished custody of petitioners and transferred them to the custody of other governments, consistent with the policies and practices pertaining to such transfers as outlined in the attached declarations of Ambassador Clint Williamson and Deputy Assistant Secretary of Defense for Detainee Affairs Sandra Hodgkinson.

2. In light of petitioners' release from United States custody, the above-captioned habeas cases should be dismissed as moot.  Indeed, many of the above-captioned cases were previously dismissed by the judges originally assigned to handle the cases.  Respondents have attached hereto a chart indicating whether the above-captioned cases were the subject of prior dismissal orders.  Respondents' position is that all previously-dismissed cases should remain dismissed and all pending cases should be dismissed as moot.

---

[1] The petition in *John Does 1-570 v. Bush*, Civil Action No. 05-313 (CKK), was brought on behalf hundreds of nameless petitioners.  Respondents, of course, cannot certify that the purported nameless petitioners are no longer detained at Guantanamo Bay.  In any event, on October 31, 2006, Judge Kollar-Kotelly dismissed the *Doe* case on standing grounds.  *See* Memorandum Opinion (dkt. no. 31).  Further, on July 11, 2007, Judge Kollar-Kotelly denied petitioners' motion for reconsideration, *see* Memorandum Opinion (dkt. No. 43), and petitioners did not appeal that decision.

Dated: July 14, 2008   Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents